UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| RICHMOND INT'L FOREST PRODS. LLC,<br>    *Plaintiff*,<br>v.<br>UNITED STATES *et ano.*,<br>    *Defendants*. | Ct. No. 21-00178<br><br>Before: M. Miller Baker, Judge |

**JUDGMENT**

Defendants have moved the court to enter a confessed judgment in Plaintiff's favor. ECF 22. The parties agree, and the court's comparison of Defendants' motion and proposed order to the complaint confirms, *compare* ECF 22, at 1 (proposed order), 5, 7 (motion)[1] *with* ECF 5, at 18 (complaint's prayer for relief), that Defendants consent to giving Plaintiff all the relief sought in the complaint. Accordingly, this case no longer satisfies the Article III "case or controversy" requirement.

The court therefore **ORDERS** as follows:

1.      The court **GRANTS** Defendants' motion for entry of confession of judgment in plaintiff's favor (ECF 22).

2.      The court **ENTERS JUDGMENT** for Plaintiff. U.S. Customs and Border Protection shall reliquidate Entry No. 990-095-1371-6 at the rate of duty, value, quantity, and amount of duty asserted by Plaintiff at the time of

---

[1] References to page numbers in ECF 22 refer to the pagination in the ECF header.

entry prior to rejection of the entry, i.e., without application of antidumping and countervailing duties, Section 301 duties, merchandise processing fee, or harbor maintenance tax. In conjunction with said reliquidation, U.S. Customs and Border Protection shall further refund to Plaintiff any payments of antidumping and countervailing duties, Section 301 duties, merchandise processing fee, and harbor maintenance tax, together with lawful interest.

3. The court **DENIES AS MOOT** Plaintiff's motion for consolidation or test case designation and suspension (ECF 21).[2]

4. The court also **DENIES AS MOOT** Plaintiff's motion for oral argument on the motion for consolidation or test case designation and suspension (ECF 24, original, and 25, corrected).

Dated: July 1, 2022　　　　　　　　　　/s/ *M. Miller Baker*
　　　　　New York, New York　　　　　　M. Miller Baker, Judge

---

[2] Plaintiff seeks to consolidate this case with Court Nos. 21-00063, 21-00318, and 21-00319, or to designate this matter as a test case and to place those three matters on the Suspension Calendar per USCIT R. 83(h). *See* ECF 21. Because this case no longer presents a live Article III case or controversy, the court lacks the authority to grant that motion, but its denial of the motion is without prejudice to Plaintiff's right to seek such relief in the other matters, including relief regarding the scheduling orders in those matters in light of the prior overlapping litigation in this case.